DAVID L. SKELTON, TRUSTEE  #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006 (Phone)
(619) 239-5242 (Fax)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, CA 92101-6991

In Re:
  CHAD LEE PARKER
  MONICA JEAN PARKER
  2826 KORINK AVE

  ###-##-1949
  ###-##-9211                    Debtors.

Chapter 13

Bankruptcy Case No.   03-10094 M 13

UNDISTRIBUTED FUNDS

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CLOSING

EXPLANATION OF SOURCES: CREDITOR FUNDS UNDELIVERABLE

NAME OF PAYEE ON UNCLAIMED CHECK:

   Pacific Acceptance Corp
   5350 Eastgate Mall #E-F
   San Diego CA  92121


          AMOUNT:   456.00

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the Debtor(s), his attorney of record, and Payee at the addresses as they appear herein.

SERVED:    [ ✓ ] DEBTOR(S)    [ ✓ ] ATTORNEY    [ ✓ ] PAYEE

DATED:  February 3, 2009

_____
CLERK OF THE OFFICE OF
DAVID L. SKELTON, TRUSTEE

   RICHARD E CHANG #195060
   624 BROADWAY UNIT 305
   SAN DIEGO, CA 92101-0000

*202446 Receipted 2/24/09